# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 13-137 |
| | : | |
| RICHARD HAINES, | : | |
| *Defendant*. | : | |

## **ORDER**

**AND NOW**, this 3rd day of June, 2021, upon consideration of Defendant Richard Haines's Motion for Reconsideration (ECF No. 105), it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II    J